IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ACEVEDO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| TRANSMONTAIGNE INC., AND | § | |
| TRANSMONTAIGNE SERVICES, | § | _____ |
| INC. AKA TRANSMONTAIGNE | § | |
| PRODUCTS SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## INDEX OF MATTERS FILED

Defendants TransMontaigne Inc. and TransMontaigne Services Inc. attach the following matters in connection with the Notice of Removal of this case to this federal district court:

A    Index of Matters Filed;

B    List of All Counsel of Record;

C    Plaintiff's Original Petition;

D    Citation to Mark Helmke;

E    Defendant Mark Helmke's Original Answer;

F    Citation for TransMontaigne Services, Inc.;

G    Defendant TransMontaigne Inc.'s Verified Original Answer & Motion for Summary Judgment;

H    Plaintiff's First Amended Original Petition;

I    Fiat on Motion for Summary Judgment;

J    Defendant TransMontaigne Services Inc.'s Special Exceptions & Original Answer;

K    Defendant Mark Helmke's First Amended Original Answer;



INDEX OF MATTERS FILED – Page 1

| | |
|---|---|
| L | Final Judgment; |
| M | Order Setting Hearing; |
| N | Judgment Nunc Pro Tunc; |
| O | Docket Control Order; |
| P | Order of Referral for Mediation; |
| Q | Order Setting Hearing on Defendant's Motion to Compel Discovery; |
| R | Order Granting Defendant's Motion to Compel; |
| S | Order Setting Hearing; |
| T | Order Granting Defendant TransMontaigne Services, Inc.'s Motion to Compel Discovery; |
| U | Order Cancelling Referral to Mediation; |
| V | Fiat; |
| W | Order Setting Hearing by Submission on Defendant's Motion for Summary Judgment; |
| X | Fiat; |
| Y | Order Granting Motion for Nonsuit; and |
| Z | State Court Action Docket Sheets. |

514159 000005 DALLAS 2527557.1

**INDEX OF MATTERS FILED – Page 2**