IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ACEVEDO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| TRANSMONTAIGNE INC., AND | § | 1:09-CV-00207 |
| TRANSMONTAIGNE SERVICES, | § | |
| INC. AKA TRANSMONTAIGNE | § | |
| PRODUCTS SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants TransMontaigne Inc. and TransMontaigne Services Inc. state that TransMontaigne Services Inc. is 100% owned by TransMontaigne Inc., which is a wholly owned subsidiary of Morgan Stanley, which is publicly traded.

Dated: September 4, 2009.

Respectfully submitted,


s/ Christopher D. Smith
Christopher D. Smith, attorney in charge
  State Bar No. 24051349
  Southern District No. 814940
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
Phone: (512) 469-6100
Fax:    (512) 469-6180

OF COUNSEL:

Bryan P. Neal
  State Bar No. 00788106
  Southern District No. 19107
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax:    (214) 969-1751

Trey Martinez
  State Bar No. 00797011
  Southern District No. 23945
Law Offices of Benigno (Trey)
Martinez, PLLC
1201 East Van Buren
Brownsville, Texas 78520
Phone: (956) 546-7159
Fax:    (956) 544-0602

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

        I hereby certify that on September 4, 2009, a true and correct copy of the foregoing was served on plaintiff's counsel of record by the Notice of Electronic Filing automatically generated by this Court's ECF system or by certified mail, return receipt requested at the below address:

Mr. Miguel Salinas
Law Office of Miguel Salinas
325 East Jefferson
Brownsville, Texas 78520

                                                s/ Christopher D. Smith
                                                Christopher D. Smith

514159 000005 DALLAS 2528997.1