```
                                                        United States District Court
                                                         Southern District of Texas
         IN THE UNITED STATES DISTRICT COURT                      ENTERED
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION                          JUN 0 7 2010

                                                         David J. Bradley, Clerk of Court
```

| | |
|---|---|
| MARIA ACEVEDO, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. B-09-207 |
| § | |
| TRANSMONTAIGNE INC., AND § | |
| TRANSMONTAIGNE SERVICES, § | |
| INC. AKA TRANSMONTAIGNE § | |
| PRODUCTS SERVICES, INC. § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On May 13, 2010, this Court issued an order granting Defendant TransMontaigne Services Inc.'s motion for sanctions. (Doc. No. 15.) This Court ordered the Plaintiff to comply with previous discovery orders and to pay Defendant $1,000 for reasonable expenses associated with the motions to compel discovery, no later than May 31, 2010. Now before the Court is Defendant's Advisory Regarding the Court's May 13 Order. (Doc. No. 17.) According to the Defendant's Advisory, Plaintiff had, as of close of business on June 1, 2010, failed to serve amended responses to Defendant's first set of interrogatories and first set of requests for production. The Plaintiff had also failed to pay the $1,000 in expenses.

The Court has received no filing by Plaintiff to dispute the Defendant's Advisory. As this Court earlier admonished in its May 13 Order, it will not entertain any excuses regarding failure to comply with the May 13 Order. Given the Plaintiff's repeated failures to comply with

discovery requests and Plaintiff's blatant disregard of Court orders, the Court finds that it has no other choice than to dismiss this action.

Therefore it is hereby ordered that this case is DISMISSED.

SIGNED this 7th day of June, 2010.

                                                Andrew S. Hanen
                                        United States District Judge